1 | Amy R. Lovegren-Tipton (SBN 258697)
**LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC**
5703 N. West Avenue, Suite 103
Fresno, California 93711
Telephone: (559) 421-9137
Facsimile: (559) 921-4333
Email: ATipton@TiptonLegal.com

Attorney for Plaintiff PATRICIA RAMOS, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| PATRICIA RAMOS, individually, and on behalf of all others similarly situated, | Case No. 1:15-CV-01854-LJO-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS INDIVIDUAL CLAIMS OF PATRICIA RAMOS WITH PREJUDICE AND ALL REMAINING CLASS CLAIMS WITHOUT PREJUDICE; ORDER THEREON** |
| v. | |
| ALL-PRO BAIL BONDS, INC., a California corporation, | |
| Defendant. | Action Filed:   December 10, 2015 |

1
STIPULATION

Case No. 1:15-CV-01854-LJO-MJS

1  Pursuant to the parties' May 4, 2016, settlement agreement and Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss the individual claims of Patricia Ramos with prejudice and any remaining class claims without prejudice. Each party to bear its own costs, attorney fees, and expenses.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: May 21, 2016     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Tim L. Johnson*
    Spencer C. Skeen
    Tim L. Johnson
    Attorneys for Defendant
    ALL-PRO BAIL BONDS, INC.

DATED: May 21, 2016     LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC

By: */s/ Amy R. Lovegren-Tipton*
    Amy R. Lovegren-Tipton
    Attorneys for Plaintiff
    PATRICIA RAMOS

**ORDER**

The individual claims of Plaintiff Patricia Ramos are hereby dismissed with prejudice. All remaining class claims are hereby dismissed without prejudice. Each party to bear its own costs, attorney fees, and expenses.

IT IS SO ORDERED.

Dated:  **December 12, 2016**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE